IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RIVERA, | CASE NO. 1: 12-cv-01205-AWI-BAM |
| Plaintiffs, | **PRELIMINARY SCHEDULING ORDER** |
| vs. | |
| PRIMARY FINANCIAL SERVICES LLC, | |
| Defendant. | |

This Court conducted a preliminary scheduling conference on October 24, 2012, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. Plaintiff Alphonso Rivera, individually and on behalf of others similarly situated, appeared by telephone by counsel Jeffrey Koncius, Scott Borison and Craig Borison. Defendant Primary Financial Services, LLC, appeared by telephone by counsel Andrew Steinheimer and Elizabeth Hamlin.

After discussion with counsel, this Court SETS the following dates for class certification only:

1. June 28, 2013 deadline to complete non-expert discovery pertaining to the proposed class;

2. July 31, 2013 deadline to file and serve moving papers on class certification;

3. August 16, 2013 deadline to file and serve opposition papers on class certification;

4. August 30, 2013 deadline to file and serve reply papers on class certification; and

5. Hearing on September 13, 2013 at 9:00 AM in Department 8 of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: **March 14, 2013**          /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE