UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALPHONSO RIVERA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY FINANCIAL SERVICES, LLC, an Arizona limited liability company and DOES 1 - 10, Inclusive,<br><br>Defendant. | Case No. 1:12-CV-01205-AWI-BAM<br><br>CLASS ACTION<br><br>**ORDER MODIFYING PRELIMINARY SCHEDULING ORDER** |

The parties have filed a Stipulation to modify the pre-certification scheduling order in this action. (Doc. 12.) The parties represent they require additional time to conduct class discovery in anticipation of Plaintiff's motion for class certification. In the interest of meaningful case preparation, the Court APPROVES the parties' stipulation. It is HEREBY ORDERED that the following deadlines shall apply for class certification purposes:

    1.    August 27, 2013 deadline to complete non-expert discovery pertaining to the proposed class;

    2.    September 30, 2013 deadline to file and serve Motion for Class Certification;

    3.    October 15, 2013 deadline to file and serve opposition papers to Motion for Class Certification;

Case 1:12-cv-01205-AWI-BAM   Document 13   Filed 06/14/13   Page 2 of 2

4. October 29, 2013 deadline to file and serve reply papers in support of Motion for Class Certification; and

5. Plaintiff's Motion for Class Certification will be heard on November 15, 2013 at 9:00 a.m. in Department 8, before United States Magistrate Judge Barbara A. McAuliffe.

The parties are ADMONISHED that no further modifications to the scheduling order will be permitted absent a specific showing of good cause.

IT IS SO ORDERED.

Dated:   **June 13, 2013**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2   ORDER RE STIPULATION TO CONTINUE DEADLINES