UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RIVERA, | Case No. 1: 12-cv-01205-AWI-BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| v. | |
| PRIMARY FINANCIAL SERVICES, LLC., | |
| Defendant. | |

_____/

    The parties have filed a Notice of Settlement indicating that settlement has been reached. (Doc. 17). The parties represent they will seek to dismiss Plaintiff's individual claims with prejudice, and the putative class claims without prejudice. Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than November 1, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **October 11, 2013**                    /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE