1
2
3
4

Scott C. Borison, Esq. (SBN 289456)
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
borison@legglaw.com
(301) 620-1016 Fax (301) 620-1018

5  Attorney for Plaintiff Alphonso Rivera



6
7

8            UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ALPHONSO RIVERA, Individually and          Case No. 1:12-CV-01205-AWI-BAM
    on behalf of all others similarly situated,

12          Plaintiff,

13      vs.                                     **STIPULATION OF DISMISSAL**
                                                TRIAL DATE: None
14
    PRIMARY FINANCIAL SERVICES, LLC.
15  an Arizona Limited Liability Company
    and DOES 1 to 10, inclusive,

16          Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

                                1

1

## STIPULATION OF DISMISSAL

2       Plaintiff Alphonso Rivera, and the Defendant Primary Financial Services, LLC.,

3 pursuant to Rule 41 (a)(1)(A)(ii) stipulate to the dismissal of Plaintiff's individual claims

4 with prejudice. Any claims on behalf of a class are dismissed without prejudice.

5                        Respectfully submitted,

6

7 /s/ Scott C. Borison
Scott C. Borison, Esq.
(SBN 289456)

8 Legg Law Firm, LLC.
5500 Buckeystown Pike

9 Frederick MD 21703
borison@legglaw.com

10 (301) 620-1016 Fax (301) 620-1018
Attorney for Plaintiff, Alphonso Rivera

11

12

13 /s/ Andrew M. Steinheimer
Andrew M. Steinheimer, Esq.
(SBN 200524)

14 Ellis Law Group, LLP
740 University Avenue

15 Suite 100
Sacramento, CA 95825

16 asteinheimer@ellislawgrp.com
(916) 283-8821 Fax (916)283-8821

17 Attorney for Defendant
Primary Financial Services

18

19       It is so Ordered. Dated: 11 – 5 – 13

20

21       United States District Judge

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL